Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court

## Northern District of Texas
## Fort Worth Division

| In re: | |
|---|---|
| Brent Michael Yager, | Case No. 25-44990-elm7 |
| | Chapter 7 |
| Debtor. | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Notice of Chapter 7 Bankruptcy Case* (Dkt.5) was served on January 15, 2026, via First-Class Mail to Transworld Systems Inc. at the following address:

Transworld Systems Inc.
500 Virginia Dr., Suite 514
Fort Washington, PA 19034

    Respectfully submitted,

    Norred Law, PLLC
    By: /s/ Clayton L. Everett
    Clayton L. Everett
    Texas State Bar No. 24065212
    clayton@norredlaw.com
    515 E. Border Street
    Arlington, Texas 76010
    Telephone: (817)704-3984
    Counsel for Debtor