United States Bankruptcy Court

Northern District of Texas

In re:                                                                    Case No. 25-44990-elm

Brent Michael Yager                                                       Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 02, 2026 | Form ID: 318 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brent Michael Yager, 15800 Spectrum Dr #1117, Addison, TX 75001-6368 |
| 23102595 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23102599 | + | Citi Cards, PO Box 658202, Dallas, TX 75265-8202 |
| 23102606 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23102609 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23102612 | + | Todd Edward Yager, 34331 New York Street, Clinton Township, MI 48035-3864 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23102592 | + | Email/PDF: bncnotices@becket-lee.com | Apr 02 2026 21:41:20 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 23102593 | ^ | MEBN | Apr 02 2026 21:35:51 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23102594 | + | EDI: TSYS2 | Apr 03 2026 01:28:00 | Barclays, PO Box 60517, City of Industry, CA 91716-0517 |
| 23102598 | + | Email/Text: mdoan@cigfinancial.com | Apr 02 2026 21:43:00 | CIG Financial, Attn: Bankruptcy, PO Box 19795, Irvine, CA 92623-9795 |
| 23102596 | + | EDI: CAPITALONE.COM | Apr 03 2026 01:28:00 | Capital One/Walmart, PO Box 60519, City of Industry, CA 91716-0519 |
| 23102597 | + | EDI: JPMORGANCHASE | Apr 03 2026 01:28:00 | Chase - Cardmember Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 23102600 | + | EDI: IRS.COM | Apr 03 2026 01:28:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23102601 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 02 2026 21:42:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23102602 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 02 2026 21:42:00 | LGBS-Dallas, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23102603 | | Email/Text: e-service@mosslawfirmpc.com | Apr 02 2026 21:42:00 | Moss Law Firm, PO Box 3340, Lubbock, TX 79452 |
| 23102604 | + | Email/Text: emccain@pbfcm.com | Apr 02 2026 21:42:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23102605 | + | Email/Text: ngisupport@radiusgs.com | Apr 02 2026 21:42:00 | Radius Global Solutions LLC, 500 North Franklin Turnpike Ste 315, Ramsey, NJ 07446-1160 |
| 23102607 | | Email/Text: pacer@cpa.state.tx.us | Apr 02 2026 21:43:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23102608 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | | |

District/off: 0539-4                                                     User: admin                                                     Page 2 of 2

Date Rcvd: Apr 02, 2026                                        Form ID: 318                                        Total Noticed: 26

|  |  |  | Apr 02 2026 21:42:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
|---|---|---|---|---|
| 23102610 | + | Email/Text: bcd@oag.texas.gov | Apr 02 2026 21:42:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 23102611 | + | Email/Text: collections.pacer@twc.texas.gov | Apr 02 2026 21:43:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23128624 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 02 2026 21:43:00 | Transworld Systems Inc., 500 Virginia Dr., Suite 514, Fort Washington, PA 19034-2733 |
| 23102613 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 02 2026 21:42:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23102614 | + | EDI: WFCCSBK | Apr 03 2026 01:28:00 | Wells Fargo Bank N.A., PO Box 51193, Los Angeles, CA 90051-5493 |
| 23102615 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 02 2026 21:42:00 | Westlake Financial Services, PO Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Brent Michael Yager clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Roddrick Newhouse | rn7trustee@gmail.com  rbn@trustesolutions.net;jo7trustee@gmail.com,nj7trustee@gmail.com,cn7trustee@gmail.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Brent Michael Yager | Social Security number or ITIN   xxx–xx–8928 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Northern District of Texas

Case number:   25–44990–elm7

# Order of Discharge

12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brent Michael Yager
dba Icantwaitlist

4/1/26

**By the court:**   Edward L. Morris
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**